762

■

SECOND DEPARTMENT, MAY, 1971

(May 4, 1971)

THE PEOPLE OF THE STATE OF NEW YORK ex rel JOSEPH PARONE, Petitioner, v. WILLIAM PHIMISTER, as Warden of Westchester County Jail, Respondent.— The order to show cause herein, dated April 29, 1971 was directed by Mr. Justice Christ to be treated as a writ of habeas corpus returnable in this court. Production of the petitioner was waived. Petition and writ dismissed, without costs. Latham, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

THIRD DEPARTMENT, AUGUST, 1971

(August 10, 1971)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE LUDWIG, Petitioner, v. JOSEPH P. CONBOY, as Superintendent of Great Meadow Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

(August 26, 1971)

In the Matter of the Claim of CELIA CAMPOS, Respondent, v. IMPERIAL FARMS, INC., et al., Appellants. WORKMEN'S COMPENSATION·BOARD, Respondent. — Motion to dismiss appeal from a decision of the Workmen's Compensation Board, which determined only the issue of employer-employee relationship and continued the case for consideration of the issues of accident, notice and causal relationship, granted, without costs, upon the ground the decision is nonfinal. (*Matter of McAndrews* v. *Bethlehem Steel Corp.*, 37 A D 2d 699; *Matter of Sparone* v. *General Elec. Co.*, 203 App. Div. 273.) Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.